UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re:                                                          :    Chapter 7 Case
                                                                :    Case No.: 17-60023-6-dd
                                                                :
                                                                :
EDWARD F. MILLER,                                               :
                                    Debtor.                     :
---------------------------------------------------------------X

### STIPULATION EXTENDING TIME TO (I) OBJECT TO DEBTOR'S DISCHARGE, DISCHARGEABILITY OF DEBTS, AND ANY CLAIMED EXEMPTIONS, AND (II) MOVE FOR DISMISSAL

**IT IS HEREBY STIPULATED** and agreed by and among the undersigned parties that the time periods for L. David Zube, the chapter 7 Trustee (the "Trustee"), and parties in interest, including the United States Trustee, to object to the discharge of the Debtor, to object to the dischargeability of debts, to object to any claimed exemptions by the Debtor of property of the estate, and to move for dismissal are each hereby extended to November 15, 2017.

**IT IS FURTHER STIPULATED** that the Debtor will be available on an agreed upon date and time for a Bankruptcy Rule 2004 examination by Sonic Arts Entertainment LLC ("Sonic Arts"), and that such examination shall take place at the offices of Hinman, Howard & Kattell, LLP, 80 Exchange Street, Binghamton, New York.

**IT IS FURTHER STIPULATED** that Debtor will produce those documents that Sonic Arts demands prior to his Bankruptcy Rule 2004 examination no less than fourteen (14) days before said examination.

**IT IS FURTHER STIPULATED** that the Trustee's pending Motion to Dismiss the Debtor's case is adjourned to the Court's July 22, 2017 calendar, by which time if the Debtor has provided information to the Trustee and Sonic Arts Entertainment LLC that they deem sufficient, the Motion to Dismiss will be withdrawn.

**IT IS FURTHER STIPULATED** that this Stipulation may be signed in separate parts, and that the various copies, when combined shall constitute one document.

| | | |
|---|---|---|
| DATED: | New York, New York<br>June __, 2017 | L. David Zube, Esq.<br>Chapter 7 Trustee |

By: _____
L. David Zube

59 Court St. - 4th Fl.
Binghamton NY 13901
(607) 722-8823
e-mail: ZubeOffice@aol.com

| | | |
|---|---|---|
| DATED: | New York, New York<br>June 21, 2017 | Hinman, Howard & Kattell, LLP<br>Attorney for Sonic Arts |

By: _____
Daniel R. Norton, Esq.

80 Exchange Street
PO Box 5250
Binghamton, New York 13901-5250
(607) 231-6804
Email: dnorton@hhk.com

| | | |
|---|---|---|
| DATED: | New York, New York<br>June 21, 2017 | Shipkevich PLLC<br>Attorney for the Debtor |

By: _____
Irene Costello

65 Broadway, Suite 508
New York, New York 10006
Email: icostello@shipkevich.com
(646) 588-2795


**SO ORDERED** on this ____ day of June, 2017 in Binghamton, New York.

_____
HONORABLE DIANE DAVIS