UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:                                                                                      Chapter 7 Case
                                                                                              Case No.: 17-60023-6-dd


EDWARD F. MILLER,
                                    Debtor.
-----------------------------------------------------------------X

### STIPULATION EXTENDING TIME TO (I) OBJECT TO DEBTOR'S DISCHARGE, DISCHARGEABILITY OF DEBTS, AND ANY CLAIMED EXEMPTIONS, AND (II) MOVE FOR DISMISSAL

**IT IS HEREBY STIPULATED** and agreed by and among the undersigned parties that the time periods for L. David Zube, the chapter 7 Trustee (the "Trustee"), and parties in interest, including the United States Trustee, to object to the discharge of the Debtor, to object to the dischargeability of debts, to object to any claimed exemptions by the Debtor of property of the estate, and to move for dismissal are each hereby extended to November 15, 2017.

**IT IS FURTHER STIPULATED** that the Debtor will be available on an agreed upon date and time for a Bankruptcy Rule 2004 examination by Sonic Arts Entertainment LLC ("Sonic Arts"), and that such examination shall take place at the offices of Hinman, Howard & Kattell, LLP, 80 Exchange Street, Binghamton, New York.

**IT IS FURTHER STIPULATED** that Debtor will produce those documents that Sonic Arts demands prior to his Bankruptcy Rule 2004 examination no less than fourteen (14) days before said examination.

**IT IS FURTHER STIPULATED** that the Trustee's pending Motion to Dismiss the Debtor's case is adjourned to the Court's July 22, 2017 calendar, by which time if the Debtor has provided information to the Trustee and Sonic Arts Entertainment LLC that they deem sufficient, the Motion to Dismiss will be withdrawn.

**IT IS FURTHER STIPULATED** that this Stipulation may be signed in separate parts, and that the various copies, when combined shall constitute one document.

DATED:   New York, New York          L. David Zube, Esq.
         June 21, 2017                Chapter 7 Trustee

                                      By: _____
                                          L. David Zube

                                      59 Court St. - 4th Fl.
                                      Binghamton NY 13901
                                      (607) 722-8823
                                      e-mail: ZubeOffice@aol.com

DATED:   New York, New York          Hinman, Howard & Kattell, LLP
         June ___, 2017               Attorney for Sonic Arts

                                      By: _____
                                          Daniel R. Norton, Esq.

                                      80 Exchange Street
                                      PO Box 5250
                                      Binghamton, New York 13901-5250
                                      (607) 231-6804
                                      Email: dnorton@hhk.com

DATED:   New York, New York          Shipkevich PLLC
         June ___, 2017               Attorney for the Debtor

                                      By: _____
                                          Irene Costello

                                      65 Broadway, Suite 508
                                      New York, New York 10006
                                      Email: icostello@shipkevich.com
                                      (646) 588-2795

DATED:    New York, New York    L. David Zube, Esq.
                June __, 2017                     Chapter 7 Trustee

By: _____
       L. David Zube

59 Court St. - 4th Fl.
Binghamton NY 13901
(607) 722-8823
e-mail: ZubeOffice@aol.com

DATED:    New York, New York    Hinman, Howard & Kattell, LLP
                June ___, 2017               Attorney for Sonic Arts

By: _____
      Daniel R. Norton, Esq.

80 Exchange Street
PO Box 5250
Binghamton, New York 13901-5250
(607) 231-6804
Email: dnorton@hhk.com

DATED:    New York, New York    Shipkevich PLLC
                June 21, 2017                Attorney for the Debtor

By: /s/ Irene Costello
       Irene Costello

65 Broadway, Suite 508
New York, New York 10006
Email: icostello@shipkevich.com
(646) 588-2795

**SO ORDERED** on this ____ day of June, 2017 in Binghamton, New York.

_____
HONORABLE DIANE DAVIS

UNITED STATES BANKRUPTCY JUDGE