# HH&K

Hinman, Howard & Kattell LLP
ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY 13902-5250 | www.hhk.com

DANIEL R. NORTON
Partner
dnorton@hhk.com
P: (607) 231-6804
F: (607) 723-6605
ADMITTED IN PA AND NY

July 26, 2017

Hon. Diane Davis
U.S. Bankruptcy Judge
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

    Re:    Edward F. Miller
           17-60023-6-dd

Dear Judge Davis:

    Please be advised that creditor, Sonic Arts Entertainment, LLC consents to the relief requested by the Trustee in its Motion for Dismissal pursuant to 11 U.S.C. §707(a) made on or about May 24, 2017. The Trustee's Motion is scheduled to be heard on July 27th.

    Thank you.

Very truly yours,

HINMAN, HOWARD & KATTELL, LLP

By: */s/ Daniel R. Norton*
    Daniel R. Norton

DRN/kb
cc:    L. David Zube, Esq. (via CM/ECF)
       Irene Costello, Esq. (via CM/ECF)